HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00005-DAD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| JOHN PHILLIP HOLLIS, II, | |
| Defendant. | Date: December 6, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Aaron Pennekamp, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant John Phillip Hollis, II, that the status conference scheduled for November 8, 2022, at 9:30 a.m. be vacated as to Mr. Hollis, II only, and that his case be placed on calendar for a change of plea on **December 6, 2022**, at **9:30 a.m.**

The parties have executed a plea agreement and are prepared to proceed with a change of plea. The date requested will permit Mr. Hollis, II time to recover from a recent hospitalization for heart failure related to a COVID-19 infection and ensure the availability of both parties for the hearing. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the

parties agree that time is excludable from November 8, 2022, to December 6, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: November 1, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan T. Hopkins*
　　　　　　　　　　　　　　　　　　　　　　MEGAN T. HOPKINS
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　John Phillip Hollis, II


　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED:  November 1, 2022　　　　　　　　　 */s/ Aaron Pennekamp*
　　　　　　　　　　　　　　　　　　　　　　AARON PENNEKAMP
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties, the status conference as to this defendant previously set for November 8, 2022, is VACATED and a change of plea hearing is SET for **December 6, 2022, at 9:30 a.m.** Time is excludable from November 8, 2022, to December 6, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  **November 1, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE