1  PHILLIP A. TALBERT
   United States Attorney
2  AARON D. PENNEKAMP
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:20-CR-0005 DAD

12                    Plaintiff,         ORDER SEALING DOCUMENTS AS SET FORTH
                                         IN GOVERNMENT'S NOTICE
13             v.

14 VILIAMI MOSESE FATUKALA,

15                    Defendant.

16

17

18         Pursuant to Local Rule 141(b) and based upon the representations contained in the government's

19 Request to Seal, IT IS HEREBY ORDERED that the government's four page document pertaining to

20 defendant Viliami Mosese Fatukala and the government's Request to Seal shall be SEALED until

21 further order of this Court.

22         It is further ordered that access to the sealed documents shall be limited to the government and

23 counsel for the defendant.

24         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

26 the government's request, sealing these documents serves a compelling interest.  The Court further finds

27 that, in the absence of closure, the compelling interests identified by the government would be harmed.

28 In light of the public filing of its request to seal, the Court further finds that there are no additional

[PROPOSED] ORDER SEALING DOCUMENTS AS SET              1
FORTH IN GOVERNMENT'S NOTICE

1  alternatives to sealing the government's motion that would adequately protect the compelling interests

2  identified by the government.

3      IT IS SO ORDERED.

4  Dated:   **December 6, 2022**

5                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE