HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PHILLIP HOLLIS, II,<br><br>    Defendant. | Case No.  2:20-cr-00005-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date:   May 23, 2023<br>Time:   9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Aaron Pennekamp, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant John Phillip Hollis, II, that the sentencing hearing scheduled for April 4, 2023, at 9:30 a.m. be continued to **May 23, 2023, at 9:30 a.m.**

The probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Additionally, defense counsel will utilize the additional time to obtain and provide the probation officer with Mr. Hollis' most up-to-date medical records, which he believes will be relevant to the Court's analysis at the sentencing hearing.

It is therefore requested that the matter be continued to May 23, 2023, for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | April 4, 2023 |
| Informal Objections to Presentence Report Due: | April 18, 2023 |
| Presentence Report Due: | April 25, 2023 |
| Formal Objections to Presentence Report Due: | May 9, 2023 |
| Reply or Statement of Non-Opposition Due: | May 16, 2023 |
| Judgment and Sentencing: | May 23, 2023 |

Dated: February 28, 2023          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
John Phillip Hollis, II


PHILLIP A. TALBERT
United States Attorney

DATED: February 28, 2023          */s/ Aaron Pennekamp*
AARON PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

Pursuant to the stipulation of the parties and with the concurrence of the U.S. Probation Office, the sentencing hearing as to this defendant previously set for April 4, 2023, is hereby CONTINUED to **May 23, 2023, at 9:30 a.m.**  The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **March 1, 2023**

_____
UNITED STATES DISTRICT JUDGE