HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-cr-00005-DAD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING HEARING AND |
| v. | ) MODIFY PRESENTENCE SCHEDULE |
| | ) |
| VILIAMI MOSESE FATUKALA, ET AL | ) |
| | ) Date:  July 11, 2023 |
| Defendants. | ) Time:  9:30 a.m. |
| | ) Judge:  Hon. Dale A. Drozd |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Aaron Pennekamp, counsel for Plaintiff, Assistant

Federal Defender Megan T. Hopkins, counsel for defendant JOHN PHILLIP HOLLIS, II, Eric H

Hintz, counsel for defendant VILIAMI MOSESE FATUKALA, Michael D. Long, counsel for

defendant QUYNHMY QUOC YAMAMOTO and Dina Santos, counsel for defendant IRIS

JUNE MICU MINA that the sentencing hearing scheduled for May 23, 2023, at 9:30 a.m. be

continued to **July 11, 2023, at 9:30 a.m.**

The probation officer is still working to complete the presentence investigation process,

and an extended timeline for the presentence report is necessary as the draft report is still

pending disclosure.

Stipulation to Continue Sentencing Hearing and
Modify PSR Schedule

-1-

*United States v. Fatukala, et al*

1    It is therefore requested that the matter be continued to July 11, 2023, for sentencing and

2    that the PSR schedule be modified, as follows:

3    Proposed Presentence Report Due:                        May 16, 2023

4    Informal Objections to Presentence Report Due:           May 30, 2023

5    Presentence Report Due:                                 June 13, 2023

6    Formal Objections to Presentence Report Due:            June 27, 2023

7    Reply or Statement of Non-Opposition Due:               July 5, 2023

8    Judgment and Sentencing:                                July 11, 2023

9

10   Dated: April 19, 2023                         Respectfully submitted,

11                                                 HEATHER E. WILLIAMS
                                                   Federal Public Defender
12

13                                                 */s/ Megan T. Hopkins*
                                                   MEGAN T. HOPKINS
                                                   Assistant Federal Defender
14                                                 Attorney for Defendant
                                                   John Phillip Hollis, II
15

16   DATED:  April 19, 2023                         */s/ Eric H. Hintz*
                                                   ERIC H. HINTZ
                                                   Attorney for Defendant
17                                                 Viliami Mosese Fatukala

18   DATED:  April 19, 2023                         */s/ Michael Long*
                                                   MICHAEL LONG
19                                                 Attorney for Defendant
                                                   Quynhmy Quoc Yamamoto
20

21   DATED:  April 19, 2023                         */s/ Dina Santos*
                                                   DINA SANTOS
                                                   Attorney for Defendant
22                                                 Iris June Micu Mina

23

24                                                 PHILLIP A. TALBERT
                                                   United States Attorney
25

26   DATED:  April 19, 2023                         */s/ Aaron Pennekamp*
                                                   AARON PENNEKAMP
                                                   Assistant United States Attorney
27                                                 Attorney for Plaintiff

28

Stipulation to Continue Sentencing Hearing and           -2-                    *United States v. Fatukala, et al*
Modify PSR Schedule

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## O R D E R

**IT IS HEREBY ORDERED** that the sentencing hearing as to all above-named

defendants previously set for May 23, 2023, is CONTINUED to **July 11, 2023, at 9:30 a.m.**

The modified presentence schedule is also adopted as this Court's order.

IT IS SO ORDERED.

Dated:   __April 19, 2023__

_____
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Hearing and
Modify PSR Schedule                                    *United States v. Fatukala, et al*