HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PHILLIP HOLLIS, II,<br><br>    Defendant. | Case No. 2:20-cr-00005-DAD<br><br>STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE TO REMOVE DRUG AND ALCOHOL TESTING<br><br>Judge: Hon. Dale A. Drozd |

At the request of Pretrial Services, the defendant, JOHN PHILLIP HOLLIS, II, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Aaron Pennekamp, hereby stipulate to and request an order from this Court modifying the conditions of Mr. Hollis' pretrial release by removing Special Condition of Release Number Nine (9), requiring that Mr. Hollis "submit to drug and/or alcohol testing as approved by the pretrial services officer … [and] … pay all or part of the costs of the testing services based upon [his] ability to pay, as determined by the pretrial services officer".

The pretrial officer has advised defense counsel and counsel for the government that Mr. Hollis has submitted to drug testing since January 2020 and all of his drug tests have been negative (clean). At the time of his pretrial interview, Mr. Hollis reported a dated history of

marijuana and cocaine use but neither substance has been an issue since he has been under supervision.  Mr. Hollis is otherwise in compliance with all of his conditions of release.

Accordingly, the parties and pretrial services officer agree that the drug and alcohol testing condition is no longer necessary, and should be removed from Mr. Hollis' special conditions of release.  The parties further agree and recommend that all other conditions remain in full force and effect.  The parties do not request a hearing in this matter in light of this stipulation.

Dated: August 22, 2023                          Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Public Defender

                                                /s/ Megan T. Hopkins
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                John Phillip Hollis, II


                                                PHILLIP A. TALBERT
                                                United States Attorney


DATED:  August 22, 2023                          /s/ Aaron Pennekamp
                                                AARON PENNEKAMP
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number Nine (9) for defendant, John Phillip Hollis, II, be removed. All other conditions of pretrial release shall remain in force.

Dated:  August 22, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE