HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PHILLIP HOLLIS, II,<br><br>Defendant. | Case No. 2:20-cr-00005-DAD-4<br><br>STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE<br><br>Judge: Hon. Dale A. Drozd |

JOHN PHILLIP HOLLIS, II, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Jason Hitt, hereby stipulate to and request an order from this Court continuing the date for self-surrender to the Bureau of Prisons, currently set for no later than 12:00 p.m. on February 27, 2024, to **May 28, 2024, by 12:00 p.m.**

On November 14, 2023, Mr. Hollis II was sentenced to the custody of the Bureau of Prisons for a term of one year and one day. The Court ordered that Mr. Hollis II self-surrender to the location designated by the Bureau of Prisons, or if no location is designated, to the U.S. Marshal in Sacramento on Tuesday, February 27, 2024, by 12:00 p.m. At the time of sentencing, the Court was made aware that Mr. Hollis suffers from a heart condition that requires ongoing treatment by his physician.

At the beginning of January, 2024, Mr. Hollis II was hospitalized and scheduled for bypass surgery.  The surgery was unsuccessful, and Mr. Hollis II has been on life support in the intensive care unit (ICU) for more than two weeks.  Defense counsel recently confirmed with Mr. Hollis II's brother than he is currently in a medically-induced coma and in critical condition.  Defense counsel further understands that Mr. Hollis II is a candidate for a heart transplant.

In light of Mr. Hollis II's current condition, it is respectfully requested that the date for his self-surrender be continued to May 28, 2024, by 12:00 p.m., to allow sufficient time for his condition to improve and for Mr. Hollis II to fully recover.  Defense counsel also requests the continuance in order to evaluate the necessity of a motion to amend the sentence should it be determined that a pending custodial sentence disqualifies Mr. Hollis II from transplant eligibility.  The parties do not request a hearing in this matter in light of this stipulation.

Dated: January 24, 2024                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            John Phillip Hollis, II


                                            PHILLIP A. TALBERT
                                            United States Attorney


DATED:  January 24, 2024                     */s/ Jason Hitt*
                                            JASON HITT
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

# **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the defendant's deadline for self-surrender to the Bureau of Prisons for service of the custodial sentence is continued to **May 28, 2024,** by 12:00 p.m..

IT IS SO ORDERED.

Dated:   **January 25, 2024**

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE