PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VILIAMI MOSESE FATUKALA,<br>QUYNHMY QUOC YAMAMOTO,<br>IRIS JUNE MICU MINA, and<br>JOHN PHILLIP HOLLIS II,<br><br>　　　　Defendants. | 2:20-CR-00005-DAD<br><br>FINAL ORDER OF FORFEITURE |

On or about January 25, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Viliami Mosese Fatukala, Quynhmy Quoc Yamamoto, Iris June Micu Mina, and John Phillip Hollis II forfeiting to the United States the following property:

　　　　a.　Approximately $10,220.00 in U.S. Currency,
　　　　b.　Approximately $4,731.00 in U.S. Currency,
　　　　c.　Approximately $1,795.00 in U.S. Currency,
　　　　d.　Approximately 0.24336188 Bitcoin,
　　　　e.　Approximately $238.63 seized from Bank of America, Account Number 325116986120,
　　　　f.　Approximately $5,096.00 in U.S. Currency,
　　　　g.　Approximately $2,495.74 seized from Bank of America, Account Number 325115544003, and

1

    h. Approximately $2,275.00 in U.S. Currency.

Beginning on January 31, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a. Lisa Chen: A notice letter was sent via certified mail to Lisa Chen at 7891 Iona Way, Sacramento, CA 95828 on January 30, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Lisa Chen on February 3, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Viliami Mosese Fatukala, Quynhmy Quoc Yamamoto, Iris June Micu Mina, John Phillip Hollis II, and Lisa Chen:

    a. Approximately $10,220.00 in U.S. Currency, plus all accrued interest,
    b. Approximately $4,731.00 in U.S. Currency, plus all accrued interest,
    c. Approximately $1,795.00 in U.S. Currency, plus all accrued interest,
    d. Approximately 0.24336188 Bitcoin,
    e. Approximately $238.63 seized from Bank of America, Account Number 325116986120, plus all accrued interest,
    f. Approximately $5,096.00 in U.S. Currency, plus all accrued interest,
    g. Approximately $2,495.74 seized from Bank of America, Account Number 325115444003, plus all accrued interest, and
    h. Approximately $2,275.00 in U.S. Currency, plus all accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __**March 25, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE