PHILLIP A. TALBERT
United States Attorney
R. ALEXANDER CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PHILLIP HOLLIS, II,<br><br>Defendant. | CASE NO. 2:20-CR-00005-DAD<br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO JOHN PHILLIP HOLLIS, II PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States and the attached Exhibit A, the Court finds it is in the interest of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charge in Case No. 2:20-CR-00005-DAD against defendant John Phillip Hollis II, in particular, Count 2 of the Indictment, is hereby DISMISSED without prejudice. The Clerk of the Court is directed to close this case as to defendant John Phillip Hollis II.

IT IS SO ORDERED.

Dated: **October 31, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE